[No. 21786-4-II.   Division Two.   December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIMIE L. VEACH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-01209-1, Terry K. McCluskey, J., entered March 24, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 21876-3-II.   Division Two.   December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY WILLIAM KORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01461-3, Robert L. Harris, J., entered April 21, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21942-5-II.   Division Two.   December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT JOEL LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00295-1, Frederick B. Hayes, J., entered April 22, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 22016-4-II.   Division Two.   December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ARLIN TAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02166-2, Arthur W. Verharen, J., entered May 22, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.